# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2006

131947

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

TRACI BETH JACKSON,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131947
COA: 260313
Oakland CC: 2004-196540-FC

      On order of the Court, the application for leave to appeal the June 15, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2006

                                    Clerk

p1218